# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 3:08CR        (MRK)** |
| | : | |
| **v.** | : | |
| | : | **18 U.S.C. § 371 [Conspiracy]** |
| **RICHARD MENDEZ** | : | **18 U.S.C. § 2319 [Copyright Infringement]** |
| **a/k/a "Metalslug"** | : | **17 U.S.C. § 506(a) [Copyright Infringement]** |

## I N F O R M A T I O N

The Government charges that:

### COUNT ONE
(Conspiracy)

### I. Background

1. At all times relevant to this Information, the defendant **RICHARD MENDEZ** possessed, maintained, or had access to one or more computers connected to the Internet and communicated online using the alias "Metalslug."

### II. Object of the Conspiracy

2. Beginning at a time unknown and, although no later than in or about June 2000, through in or about April 2004, in the District of Connecticut and elsewhere, the defendant **RICHARD MENDEZ** a/k/a "Metalslug," and others known and unknown to the Government (the "Conspirators") did knowingly and willfully conspire, combine, confederate, and agree to commit an offense against the United States -- to wit, to willfully infringe the copyright of a copyrighted work for purposes of commercial advantage and private financial gain, by reproducing and distributing during a 180-day period ten (10) or more copies of one or more copyrighted works, which have a total retail value of more than $2,500, in violation of Title 18,

United States Code, Section 2319(b)(1), and Title 17, United States Code, Section 506(a)(1).

### III. Manner and Means of the Conspiracy

3. It was a part of the conspiracy that the defendant **RICHARD MENDEZ** and others known and unknown to the Government were participants in the "warez scene" -- that is, individuals and organized groups of individuals ("warez groups") who engage in the duplication, modification, reproduction, and distribution of copyrighted software over the Internet, in violation of federal copyright law.  The defendant **RICHARD MENDEZ**, a supplier for the group, supplied numerous titles that were subsequently cracked and uploaded to various FTP servers that distributed pirated sofware and media in affiliation with several leading warez groups, including "Fairlight." In addition to the activities set forth above, since at least June 2000, in furtherance of the above conspiracy, the defendant downloaded many pirated copies of copyrighted works from the UCF, DS and DOH warez sites.

4. It was further a part of the conspiracy that the defendant **RICHARD MENDEZ**  and others known and unknown to the Government would obtain access to  "pirated" software -- that is, computer software, games, movies, and music files that had been "cracked" (i.e., had their copyright protections removed or circumvented) by other participants in the warez scene.  The defendant **RICHARD MENDEZ** and others known and unknown to the Government would then distribute such pirated software to various file storage sites ("FTP sites") on the Internet for others to access, reproduce, and distribute.  In exchange for building and owning an FTP server, the defendant **RICHARD MENDEZ** would obtain access to additional files located on that FTP site for downloading for his own use and benefit.

5. It was further a part of the conspiracy that the defendant **RICHARD MENDEZ,** through his contacts in the warez community and his reputation as a well-known supplier, would

gain privileged access to FTP sites known as "UCF," "DOH," and Datastream ("DS").   From in or about June 2000 through in or about April 2004, the Conspirators, including the defendant **RICHARD MENDEZ**, distributed pirated software over numerous sites, in violation of federal copyright law.

<u>Overt Acts</u>

6.  In furtherance of the above conspiracy, and in order to effectuate the objects thereof, the following overt acts, among others, were committed within the District of Connecticut and elsewhere:

a.  Since in or about June 2000 through in or about April 2004, the defendant **RICHARD MENDEZ** supplied approximately 100 titles of copyrighted works to be cracked and supplied to various FTP sites, which existed for the purpose of uploading and downloading pirated software.

b.  The defendant **RICHARD MENDEZ**  gained privileged access to the UCF, DOH,  and DS sites for the purpose of downloading pirated software.

c. From in or about the Fall of  2000 through in or about April 2004, the defendant **RICHARD MENDEZ** and other Conspirators uploaded thousands of pirated copyrighted works to the DOH, AKS and HOP sites with the knowledge and intent that those copyrighted works would be further accessed, reproduced, and distributed by additional Conspirators.  In total, over the course of the above conspiracy, the Conspirators distributed thousands of individual copyrighted works over the various sites -- with many of those copyrighted works being reproduced and distributed more than once.

All in violation of Title 18, United States Code, Section 371.

THE UNITED STATES OF AMERICA

*Nora R. Dannehy*
NORA R. DANNEHY
UNITED STATES ATTORNEY

ANTHONY E. KAPLAN
SUPERVISORY ASSISTANT UNITED STATES ATTORNEY

*Edward Chang*
EDWARD CHANG
ASSISTANT UNITED STATES ATTORNEY

-4-